No. 81–1493.   GILLETTE CO. *v.* MINER.   Sup. Ct. Ill. [Certiorari granted, 456 U. S. 914.]   Motion of Plaintiffs in the "Dalkon Shield" IUD Products Liability Case for leave to file a brief as *amicus curiae* granted.   Motions of New England Legal Foundation and National Association of Independent Insurers et al. for leave to file briefs as *amici curiae* granted.

No. 81–1852.   MONTANA ET AL. *v.* CROW TRIBE OF INDIANS.   C. A. 9th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 81–6715.   IN RE CAMPBELL; and
No. 81–6760.   IN RE WESER.   Petitions for writs of habeas corpus denied.

No. 81–1664.   METROPOLITAN EDISON CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 3d Cir.   Certiorari granted.

No. 81–1687.   SONY CORPORATION OF AMERICA ET AL. *v.* UNIVERSAL CITY STUDIOS, INC., ET AL.   C. A. 9th Cir. Certiorari granted.

No. 81–419.   TEXAS *v.* BROWN.   Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–1774.   ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* BULLARD.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 3 presented by the petition.

No. 81–912.   CLICK ET AL. *v.* IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL.   Sup. Ct. Idaho.   Certiorari denied.